# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CHANGE OF PLEA HEARING MINUTES** |
| **JAMES MORGAN** | Case No. 24-cr-0088-bhl |

HONORABLE BRETT H. LUDWIG presiding  
Proceeding Held: April 21, 2025  
Deputy Clerk: Julie D.

Time Called: 1:02 p.m.  
Time Concluded: 1:25 p.m.  
Court Reporter: J. Stake

**Appearances:**

UNITED STATES OF AMERICA by:     John Scully

JAMES MORGAN in person and by:     Craig Albee

U.S. PROBATION OFFICE by:     Daniel Dragolovich

- ☒ Plea agreement filed (ECF No. 30)
- ☒ Defense counsel advises that the defendant wishes to enter a plea of guilty
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions the defendant as to background, education, medical history, drug usage
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/ representation
- ☒ Court advises the defendant as to:
  - ☒ Elements of the offense
  - ☒ Forfeiture provision
  - ☒ Mandatory minimum sentence (n/a)
  - ☒ Sentencing guidelines
  - ☒ Rule 11(b) Rights
  - ☒ Waiver of appeal rights (ECF No. 30 ¶30)
  - ☒ Maximum penalties
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered as to the one-count Indictment
- ☒ CHARGE: knowing possession of a chemical weapon in violation of 18 U.S.C. §§ 229(a) and 229F
- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea.
- ☒ Defendant adjudged guilty as to the one-count Indictment.
- ☒ PSR ordered.
- ☒ Sentencing set for: **August 1, 2025 at 9:00 a.m.** in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee, WI 53202

☒ Detention continued; or    ☐ Bond continued:    ☐ as previously set, or    ☐ as modified: